IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTWAN TATUM a/k/a
ANTOINE TATUM                                                                                    PLAINTIFF

v.                                        Civil No. 6:14-CV-6002

DR. FLOSS                                                                                         DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed October 15, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38.  Judge Ford recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to prosecute this action, has failed to comply with the Court's order, and has failed to comply with the Federal Rules of Civil Procedure and Local Rules.  *See* Fed. R. Civ. P. 41(b).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 13th day of November, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge